UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

Case No.:
22-CV-______

v.

ISRAEL NEGRIEL,

Defendant.

**COMPLAINT**

Plaintiff United States of America, for its Complaint against Defendant Israel Negriel, alleges as follows:

1. The Court has jurisdiction pursuant to 28 U.S.C. § 1345. Defendant is a citizen of Haiti who is currently detained by the U.S. Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE") at the Buffalo Federal Detention Facility ("BFDF") in Batavia, New York.

2. Defendant is currently engaged in a hunger strike during which he is refusing nutrients necessary to sustain his life. Defendant has been on a hunger strike since October 30, 2022. He has missed at least 62 meals. He has refused food and water at times. Defendant is currently refusing to cooperate with the medical staff at the BFDF, to wit: refusing nutrients, medical tests, or medication necessary to sustain his life.

3. Plaintiff has made reasonable efforts to persuade Defendant to cooperate, to no avail.

4. Plaintiff intends to perform physical evaluations on Defendant and to take his vital signs.

5. Plaintiff further intends to perform blood draws in order to ascertain Defendant's medical condition.

6. Plaintiff also intends to supply intravenous liquids and nutrition as required.

7. Restraints may be needed to accomplish Plaintiff's intended actions.

8. Defendant's actions are preventing Plaintiff from carrying out its lawful and statutory duties, and are hampering the Plaintiff's efforts to fulfill its obligations to maintain a safe and healthy detention environment.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment allowing Plaintiff to perform physical evaluations on Defendant and to take his vital signs, draw blood, and to supply liquid or nutrients intravenously as necessary, and to restrain Defendant to accomplish the same until such time as the Defendant discontinues his hunger strike or until the Court otherwise orders.

**DATED**: November 18, 2022
Rochester, New York

TRINI E. ROSS
United States Attorney
Western District of New York

BY: /s/ADAM A. KHALIL
Assistant United States Attorney
100 State Street, Suite 500
Rochester, New York 14614
(585) 399-3979
adam.khalil@usdoj.gov