UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

Case No.:
22-CV-06514 EAW

v.

ISRAEL NEGRIEL,

Defendant.

## DECLARATION

**ADAM A. KHALIL,** an attorney duly admitted to practice before his Court, declares as follows under penalty of perjury:

1. I am an Assistant United States Attorney, of counsel to Trini E. Ross, United States Attorney for the Western District of New York, counsel for the Plaintiff. I am familiar with all of the facts and circumstances of this action.

2. I make this declaration in support of the Plaintiff's Motion seeking an Order allowing the Government to medically examine, draw blood from, and hydrate Defendant against his will, in order to preserve his health and life.

3. My understanding upon review of the Declarations of Dr. Quinones and Mr. Ball is that Defendant is at serious risk for irreparable harm and injury stemming from his hunger strike, and that the deterioration of his health, or even his loss of life, would severely undercut the governmental function of the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), such that it would also suffer irreparable harm and injury. *See, generally,* ECF No. 2-1 at ¶¶ 17, 20-21; ECF No. 2-2 at ¶ 8. Thus, if an Order is not issued allowing the Government to perform necessary medical acts, immediate

and irreparable injury, loss, or damage will result to both Plaintiff and Defendant before Defendant can be heard in opposition to the Motion.

4. In order to notify Defendant of the Complaint and Motion, copies of the as-filed ECF versions of both documents were transmitted to ICE for hand-delivery on Defendant. Specifically, following the filing of the Complaint yesterday, Friday, November 18, 2022, at 3:57 P.M., I forwarded the Complaint with a draft Certificate of Service to ICE for hand-delivery upon Defendant. This morning, Saturday, November 19, 2022, at 7:53 A.M. following the filing of the Motion, I again forwarded as-filed, ECF versions of both the Complaint and the Motion to ICE counsel with draft Certificates of Service to be filled out. Upon receipt of the executed Certificates of Service, I will file same.

5. In both instances, I have requested that the documents be read and explained to Defendant, as he speaks Haitian Creole and has required the use of an interpreter in the past. ECF No. 2-1 at ¶ 10. Additional notice has been provided in that Dr. Quinones has previously explained to Defendant that ICE would pursue involuntary medical examination, laboratory testing, and hydration if Defendant continued to pursue his hunger strike. *Id.*

I declare under penalty of perjury that the foregoing is true and correct.

**DATED:** November 19, 2022
Rochester, New York

TRINI E. ROSS
United States Attorney
Western District of New York

BY: /s/ADAM A. KHALIL
Assistant United States Attorney
100 State Street, Suite 500
Rochester, New York 14614
(585) 399-3979
Adam.Khalil@usdoj.gov