UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ISRAEL NEGRIEL,

        Defendant.

**TEMPORARY RESTRAINING ORDER**

6:22-cv-06514 EAW

---

Plaintiff United States of America ("Plaintiff") having filed an *ex parte* motion for a temporary restraining order (Dkt. 2) to allow medical examination and hydration of defendant Israel Negriel ("Defendant"), a native and citizen of Haiti who is detained at the Buffalo Federal Detention Facility, and the Court having concluded that immediate and irreparable injury, loss, or damage will result to Defendant's health and possibly his life before he can be heard in opposition because of his refusal to consume food or water for nineteen days and his refusal to allow medical staff to perform vital signs and basic physical examinations, as well as routine laboratory testing, and the Court having further concluded that reasonable notice to the extent feasible and practical has been provided to Defendant (*see* Dkt. 3), and any further notice would result in unacceptable delay that could jeopardize Defendant's health and life, it is hereby

ORDERED that Plaintiff is authorized to use reasonable force to perform a medical examination of Defendant to the extent it is medically necessary, but that Plaintiff shall use the minimum amount of force required to do so; and it is further

- 1 -

ORDERED that Plaintiff is authorized to use reasonable force to obtain Defendant's vital signs to the extent it is medically necessary, but that Plaintiff shall use the minimum amount of force required to do so; and it is further

ORDERED that Plaintiff is authorized to use reasonable force to draw blood from Defendant in order to perform medically necessary testing to ascertain Defendant's condition, but that Plaintiff shall use the minimum amount of force required to do so; and it is further

ORDERED that Plaintiff is authorized to use reasonable force to provide hydration to Defendant to the extent it is medically necessary, but that Plaintiff shall use the minimum amount of force required to do so; and it is further

ORDERED that Plaintiff is authorized to use medical restraints, including soft medical restraints or other restraints as necessary, in order to accomplish the above, but only for the time period necessary to accomplish the one or more of the actions described above, upon completion of which the restraints shall be removed as soon as practicable; and it is further

ORDERED that this Order shall expire 14 days from the time and date at which this Order is issued, unless otherwise extended by the Court.

SO ORDERED.

ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated: 10:25 a.m.,  November 19, 2022