**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*100 State Street, Suite 500*
*Rochester, New York 14614*
*(585) 263-6760*
*fax (585) 399-3920*
*Writer's Direct: (585) 399-3979*
*Adam.Khalil@usdoj.gov*

November 19, 2022

Honorable Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

**Re:** **United States v. Negriel**
**22-cv-06514-EAW**

Dear Chief Judge Wolford:

Following our phone call this morning, I was able to determine that Mr. Negriel is presently being detained pursuant to 8 U.S.C. § 1226(c) as a criminal noncitizen. Mr. Negriel was ordered removed on July 7, 2021, and appealed that order of removal to the Board of Immigration Appeals ("BIA"). The BIA dismissed his appeal on December 8, 2021, rendering the order final, and changing the authority for Mr. Negriel's detention to 8 U.S.C. § 1231, as a noncitizen with a final order of removal. Mr. Negriel sought reconsideration of that appeal, and that was denied on June 10, 2022. In the interim, Mr. Negriel also filed a Petition for Review of the BIA's decision with the Court of Appeals for the Second Circuit on or about December 16, 2021. The Second Circuit granted a stay of removal on March 4, 2022, such that the authority for Mr. Negriel's detention reverted to § 1226(c), and he cannot be removed until the stay is lifted.

Mr. Negriel is being represented in his immigration proceedings by Aaron Aisen of the Volunteer Lawyer's Project, Inc. His email is aaisen@ecbavlp.com. His telephone number is (585) 524-1230 ext. 202. His mailing address is 8 South Lyon Street, Batavia, New York, 14020.

Respectfully submitted,

TRINI E. ROSS
United States Attorney
Western District of New York

BY: /s/ Adam A. Khalil
Assistant United States Attorney