**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*100 State Street, Suite 500*
*Rochester, New York 14614*
*(585) 263-6760*
*fax (585) 399-3920*
*Writer's Direct: (585) 399-3979*
*Adam.Khalil@usdoj.gov*

November 21, 2022

Honorable Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

**Re: <u>United States v. Negriel</u>**
**22-cv-06514-EAW**

Dear Chief Judge Wolford:

As an update in this matter, Immigration and Customs Enforcement ("ICE") has advised that following the issuance of this Court's Order, Defendant was transferred to United Memorial Medical Center in Batavia, New York,p on Saturday, November 19, 2022, where he voluntarily underwent examination, checking of his vital signs, the drawing of blood, and the provision of IV fluids. He did not eat yesterday or today (as of the time of this filing). He remains in a medically stable condition at present.

Additionally, following discussion with ICE counsel, an error in Dr. Quinones' declaration was recognized. In paragraphs 7 and 9, Dr. Quinones averred that Defendant had not consumed water or food since initiating his hunger strike on October 30, 2022, and that Defendant had refused to consume solid food and/or drink nutritional supplements. These statements were in error. Defendant has consumed marginal amounts of food and water, including, for example, a Boost-brand nutritional drink and a bag of snacks (orange, chips, and turkey sandwich) on November 17 and a chicken breast, an orange, and two Boost drinks on November 18. These were the entirety of his nutritional intake on those respective dates. Paragraph 24 contains the most accurate description of Defendant's nutritional intake, which is that Defendant "has not had adequate nutritional intake for nineteen (19) days, nor had appropriate oral fluid intake" while undergoing his hunger strike. Dr. Quinones medical opinion remains unchanged, including the need on November 19 for involuntary examination, blood draw, and hydration to assess Defendant's medical condition.

This Office will provide another update regarding Defendant's medical condition on Wednesday, November 23, 2022, and will keep the Court and Defendant's counsel updated should any further medical events take place in the interim.

Respectfully submitted,

TRINI E. ROSS
United States Attorney
Western District of New York

BY: /s/ Adam A. Khalil
Assistant United States Attorney

cc via ECF:

Aaron Eisen
Volunteer Lawyers Project
Counsel for Petitioners