**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*100 State Street, Suite 500*
*Rochester, New York 14614*
*(585) 263-6760*
*fax (585) 399-3920*
*Writer's Direct: (585) 399-3979*
*Adam.Khalil@usdoj.gov*

November 23, 2022

Honorable Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

**Re: <u>United States v. Negriel</u>**
**22-cv-06514-EAW**

Dear Chief Judge Wolford:

Please allow this letter to serve as an update in this matter. Following the issuance of this Court's Order, Defendant has voluntarily agreed to examinations, blood draws, and the provision of fluids via intravenous line. The blood draw and IV were performed at a local medical center due to the superior nature of medical resources available there, should any emergent health issues be identified.

Defendant has also been drinking nutritional supplements and eating solid food intermittently, although Immigrations and Customs Enforcement ("ICE") Health Services Corps ("IHSC") believes his nutritional intake remains inadequate. On November 20, 2022, Defendant did not eat or drink. On November 21, Defendant consumed two oranges and a Boost nutritional drink. On November 22, Defendant consumed a turkey sandwich, an apple, and two cups of water (although he reported not drinking anything all day to medical providers). He has allowed his vital signs to be taken, and they have been within normal ranges. He is currently determined to be medically stable by Dr. Quinones, his treating physician.

Dr. Quinones intends to closely monitor Defendant's vital signs, weight, laboratory test results and fluid intake, and Defendant has expressed his willingness to have blood draws or IV fluids performed at a local facility. ICE will facilitate transfer to a local facility in order to ensure Defendant's voluntary compliance with medical procedures. Dr. Quinones anticipates having weekly blood draws performed, but no additional medical intervention is anticipated. No involuntary medical intervention is anticipated at this time, whatsoever, given Defendant's willingness to undergo procedures at the local medical facility.

Additionally, due to confusion arising from Defendant's filing of an additional Petition for Review, ICE was unaware that the temporary stay of removal had been lifted. ICE now plans to remove Defendant to Haiti on the next ICE-chartered flight, which is yet to be

scheduled but anticipated within the next 30 days. There are no barriers to removal, so long as Defendant's medical condition remains stable.

Respectfully submitted,

TRINI E. ROSS
United States Attorney
Western District of New York

BY: /s/ Adam A. Khalil
Assistant United States Attorney

cc via ECF:

Aaron Eisen
Volunteer Lawyers Project
Counsel for Petitioners