UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No.:
22-CV-06514 EAW

ISRAEL NEGRIEL,

Defendant.

## DECLARATION

**CAROL BRIDGE** declares as follows under penalty of perjury:

1. I am Chief Counsel, Office of the Principal Legal Advisor (OPLA), Buffalo, New York. OPLA is an agency within Immigration and Customs Enforcement under the Department of Homeland Security. I make this declaration pursuant to the Court's Order dated December 21, 2022.

2. On December 21, 2022, I received a copy of the Decision and Order related to these proceedings, dated December 21, 2022 (Dkt. 22), and read the order in its entirety.

3. Pursuant to said Order, on December 22, 2022, I emailed a copy of the Decision and Order to all OPLA Buffalo attorneys under my supervision, with instructions for them to read the Order in its entirety and advise me when they had done so.

4. As of December 30, 2022, each attorney under my supervision has confirmed with me that they have read this Court's Decision and Order.

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON:** December 30, 2022
Buffalo, New York

CAROL G BRIDGE
Digitally signed by CAROL G BRIDGE
Date: 2022.12.30 15:30:27 -05'00'

CAROL BRIDGE