UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

Case No.:
22-CV-06514 EAW

v.

ISRAEL NEGRIEL,

Defendant.

**DECLARATION**

**TRINI E. ROSS** declares as follows under penalty of perjury:

1. I am the United States Attorney for the Western District of New York.

2. I make this declaration pursuant to the Court's Decision and Order dated December 21, 2022.

3. On December 21, 2022, I received a copy of the Decision and Order related to these proceedings, dated December 21, 2022 (Dkt. 22), and read the order in its entirety.

4. On December 22, 2022, I emailed a copy of this Court's Decision and Order to an email distribution list that includes every Assistant United States Attorney ("AUSA") in the Western District of New York. I instructed each AUSA to read the Decision and Order, and thereafter confirm with his/her supervisor that he/she had done so.

5. As of January 3, 2023, the applicable supervisors have advised me that every

AUSA under their supervision has confirmed that he/she has read this Court's Decision and Order.

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON:** January 3, 2023
Buffalo, New York

S/Trini E. Ross
TRINI E. ROSS